UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:20-CR-278- |
| | § | SDJ |
| ROBERT LEON FRANKLIN, III (1) | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 20, 2023, the Report of the Magistrate Judge, (Dkt. #75), was entered containing proposed findings of fact and recommendations that Defendant Robert Leon Franklin, III's Motion to Suppress Evidence, (Dkt. #58), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Robert Leon Franklin, III's Motion to Suppress Evidence, (Dkt. #58), is **DENIED.**

**So ORDERED and SIGNED this 8th day of February, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE